UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SONJA M. JOHNSON, | Case No. 2:16-cv-00908-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| CREDIT PROTECTION ASSOCIATION LIMITED PARTNERSHIP, | |
| Defendant. | |

Before the court is the Notice of Settlement (Dkt. #6) in which the parties advise that a settlement has been reached.  The parties request that the court retain jurisdiction until the matter is fully resolved.  Accordingly,

**IT IS ORDERED** that the parties shall have until **August 22, 2016**, to file a Stipulation to Dismiss with the court.  Alternatively, if settlement has not been finalized, Defendant shall file an answer no later than **August 22, 2016**.  No extensions will be allowed.

DATED this 23rd day of June, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE